# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>STEPHEN A. PAULL,<br><br>    Debtor. | Chapter 11<br><br>Case No. 09-14905-JNF |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, please enter the appearance of Daniel C. Reiser and Kathleen A. Rahbany of Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, 29th Floor, Boston, Massachusetts 02210 as counsel for and on behalf of South Shore Savings Bank. The above-named attorneys may be reached by telephone at (617) 367-9500 and by facsimile at (617) 742-1788.

The above-named attorneys hereby request that they be placed on the service list, and, pursuant to Fed. R. Bankr. P. 2002, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this proceeding, be served upon them at the office address set forth below.

                                            CRAIG AND MACAULEY
                                              PROFESSIONAL CORPORATION

Dated: June 3, 2009                  /s/ Kathleen A. Rahbany
                                              Daniel C. Reiser (BBO# 638204)
                                              Kathleen A. Rahbany (BBO# 654322)
                                              Craig and Macauley
                                               Professional Corporation
                                              Federal Reserve Plaza
                                              600 Atlantic Avenue
                                              Boston, MA 02210
                                              (617) 367-9500