UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                              CHAPTER 11

STEPHEN A. PAULL,                                   CASE NO. 09-14905-JNF
        Debtor

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

In accordance with Bankruptcy Rule 9010 and Local Rule 12 of this Court please enter the appearance of ALAN M. COHEN, of the LAW OFFICES OF ALAN M. COHEN LLC, 550 Worcester Road, Framingham, MA 01702, as counsel to MASS-CONN EQUIPMENT, INC.  The undersigned hereby requests to receive copies of all notices, papers, and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegram, telex or otherwise, which affects the Debtor or the property of the Debtor filed by any party in the above-captioned case.

                                MASS-CONN EQUIPMENT, INC.,
                                By its attorney,

                                /s/ Alan M. Cohen, Esq.
Dated: June 11, 2009            _____
                                Alan M. Cohen, Esq. (BBO # 088375)
                                LAW OFFICES OF ALAN M. COHEN LLC
                                550 Worcester Road
                                FRAMINGHAM, MA 01702
                                (508) 620-6900

### CERTIFICATE OF SERVICE

I, Alan M. Cohen, Esquire, certify under the pains and penalties of perjury that on this 11th day of June, 2009, true and correct copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS was served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing: Debtor's counsel, Alexander L. Cataldo, Esquire, Alexander L. Cataldo, P.C., 894 Main Street, Norwell, MA 02061; and Assistant U.S. Trustee, John P. Fitzgerald, III, Esquire, Office of the U.S. Trustee, 10 Causeway Street, Room 1190, Boston, MA 02222.

                                /s/ Alan M. Cohen, Esquire
                                _____
                                Alan M. Cohen, Esquire