UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> ) <br> STEPHEN A. PAULL, ) <br> ) <br> ) <br> Debtor. ) <br> ) <br> ) | Chapter 7 <br> Case No. 09-14905-JNF |

**ANSWER IN THE FORM OF NO OPPOSITION TO THE MOTION
FOR RELIEF FROM STAY BY SOUTH SHORE SAVINGS BANK**

Stephen A. Paull (the "Debtor"), by and through undersigned counsel, respectfully submits his Answer in the Form of No Opposition to the Motion for relief from Stay by South Shore Savings Bank ("SSSB") (the "Motion for Relief"). In support thereof, the Debtor submits the following

1. The Debtor **does not oppose** the Motion for Relief.

2. In light of the filing on December 1, 2009 of the Joint Motion of Stephen A. Paull and Warren E. Agin, Trustee of the Estate of Stephen Ando Paull Contractors, Inc., Seeking an Order Authorizing the Intended Private Sale of Estate Property from Two Separate Bankruptcy Estates Free and Clear of Liens and the Joint Notice of Intended Private Sale of Estate Property from Two Separate Bankruptcy Estates, Solicitation of Counteroffers, Deadline for Submitting Objections and Higher Offers and Hearing Date, the Debtor remains optimistic that the subject properties will be sold through the private sale mechanism and the need for SSSB to proceed with foreclosure will hopefully become moot.

3. Moreover, in light of the recitation of facts set forth in the Preliminary Statement

(¶¶ 1-3) of the Motion for Relief, the Debtor is confident that despite the entry of an order allowing the Motion for Relief, SSSB and is counsel will make every reasonable effort, as they have to date, to see that the instant private sale process has every chance of success.

4. Furthermore, SSSB had not commenced a foreclosure proceeding prior to the May 29, 2009 petition date, so an order allowing the Motion for Relief will not necessarily preclude a the Debtor from commencing a successor private sale process, should the above-noted one prove unsuccessful.

5. By not opposing the Motion for Relief, the Debtor does not, however, consent or agree to the payoff figures stated in ¶ 15 of the Motion for Relief, and reserves all rights to request an accounting and otherwise challenge the amount and validity of the figures as stated as part of the chapter 11 case administration, including, *inter alia*, via the claims objections process, should it prove necessary.

**WHEREFORE,** Stephen A. Paull respectfully requests that the Court (i) accept his Answer in the Form of No Opposition to Motion ; and (ii) affording any further relief as may be necessary and just.

Dated:  December 2, 2009

Respectfully submitted,
STEPHEN A. PAUL,
By his attorney,

/s/ Alexander L. Cataldo
_____
Alexander L. Cataldo
(BBO No. 548659)
Alexander L. Cataldo, P.C.
894 Main Street
Norwell, MA   02061-2361
Tel.  (781) 659-4849
Fax: (781) 659-7801
E-Mail: alcpc@verizon.net

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| STEPHEN A. PAULL, ) | Chapter 7 |
| ) | Case No. 09-14905-JNF |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

I, Alexander L. Cataldo, counsel to the Debtor in the above matter, hereby certify that on December 2, 2009, I served the Answer in the Form of No Opposition to the Motion for relief from Stay by South Shore Savings Bank by having a copy mailed first-class, postage prepaid or via CM-ECF media (as noted) to those parties appearing on the attached Service List.

/s/ Alexander L. Cataldo
_____
Alexander L. Cataldo
(BBO No. 548659)
Alexander L. Cataldo, P.C.
894 Main Street
Norwell, MA 02061-2316
Tel.   (781) 659-4849
Fax:   (781) 659-7801
E-mail: **ALCPC@VERIZON.NET**

**Electronic Notice Recipients**

Paula R. C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
paula.bachtell@usdoj.gov

Jonathan Braverman on behalf of Creditor Holbrook Cooperative Bank
jonathanb@bbb-lawfirm.com, chrisa@bbb-lawfirm.com;linnet@bbb-lawfirm.com;lisab@bbb-lawfirm.com   (*Counsel to Lienholder of Record*)

Marjorie A. Butler on behalf of Interested Party Secretary of Labor, U.S. Dept. of Labor
butler.marjorie@dol.gov, bos-sol-ecf@dol.gov

Alan M. Cohen on behalf of Creditor Mass-Conn Equipment, Inc.
amc.law@verizon.net (*Counsel to Lienholder of Record*)

John James Coutinho on behalf of Creditor Triple Play Car Wash, LLC
johncoutinho@hotmail.com, ssm@hortacoutinho.com;rjh@hortacoutinho.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Jerry P. Katz on behalf of Creditor The Community Bank
jkatz@katzargenioandpowers.com, aosowski@katzargenioandpowers.com

Marshall F. Newman on behalf of Creditor South Brockton LLC
mfn@newmanlegal.com, jdamore@newmanlegal.com

Raymond C. Pelote on behalf of Creditor TD Bank, N.A.
rpelote@wynnandwynn.com (*Counsel to Lienholder of Record*)

Kathleen Rahbany on behalf of Creditor South Shore Savings Bank
krahbany@craigmacauley.com, craigandmacauley@att.net (*Counsel to Lienholder of Record*)

Julie A. Ranieri on behalf of Creditor Everbank
bankruptcy@kordeassoc.com

Suzanne Reilly on behalf of Interested Party Secretary of Labor, U.S. Dept. of Labor
brennan.suzanne@dol.gov, bos-sol-ecf@dol.gov

Thomas K. McCraw on behalf of Creditor Caterpillar Financial Services Corporation

thomas.mccraw@leclairryan.com

**FIRST CLASS MAIL RECIPIENTS**

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
Boston, MA 02203

Massachusetts. Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Town of West Bridgewater, MA 02379
P.O. Box 369
West Bridgewater, MA 02379

Wells Fargo Equipment Finance, Inc.
1540 West Fountainhead Parkway
Tempe, AZ 85282

Gatehouse Media Massachusetts , Inc.
C/o Stephen Kornstein, Esq.
100 State Street
Boston, MA 02109

Rock Meadow LLC
1063 North Main Street
Brockton, MA 02301